**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose Guadalupe VEGA, aka Jose Luis Murrieta, aka Luis Armantes, aka Jose Dosamantes, Defendant—Appellant.**

**No. 02–50144.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted July 15, 2003.

Decided July 21, 2003.

Before: KLEINFELD, WARDLAW, Circuit Judges, and POGUE,* CIT Judge.

MEMORANDUM **

Both of the supplemental jury instructions given by the district court during the jury's deliberations following Vega's trial constituted de facto *Allen* charges in the circumstances, under *Jiminez v. Myers,*[1] so we reverse under *United States v. Seawell.*[2] We do not intimate that the instruc-

---

* The Honorable Donald Pogue, U.S. Court of International Trade, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. 40 F.3d 976, 980 (9th Cir.1993).

2. 550 F.2d 1159, 1163 (9th Cir.1977).

tion would be deemed an *Allen* charge in other circumstances where not given in response to a jury communication that the jury was at an impasse.

REVERSED.

*This case was not selected for publication in the Federal Reporter*

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.